AO 442 (Rev. 11/11) Arrest Warrant

FILED
RICHARD W. NAGEL
CLERK OF COURT

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

24 AUG -9 AM 9:16

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

United States of America
v.

PHILIP COLT MOSS

*Defendant*

Case No.

RECEIVED
By USMS at 4:30 pm, Jun 05, 2024

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* PHILIP COLT MOSS
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

[SEE ATTACHED INDICTMENT]

Date: 6-5-24

s/a.hill, deputy clerk
*Issuing officer's signature*

City and state: CINCINNATI, OHIO

Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 8/7/24, and the person was arrested on *(date)* 8/7/24
at *(city and state)* DES MOINES, IA

Date: 8/8/24

*Arresting officer's signature*

ERIC LOPEZ - FBI, TFO
*Printed name and title*