**IN THE IOWA DISTRICT COURT IN AND FOR DALLAS COUNTY**

This Complaint and Affidavit is to be:

☒ Filed with Court Clerk (cc: CA)
☐ Submitted to County Attorney
☐ Filed with JCO - Defendant is a Juvenile

Case Number: **20240420-89938121039001**
Form Number: **2024-00457**
Arrest Date: **04/20/2024**

## THE STATE OF IOWA

VS.

### OFFENDER

| Last | First | Middle | Suffix |
|---|---|---|---|
| MOSS | PHILIP | COLT | |

| Address | City | State | Zip Code |
|---|---|---|---|
| 390 PAINTED WOODS DR | WAUKEE | IA | 50263 |

| DL# | State | DL Class | DL Endorsements | DL Restrictions |
|---|---|---|---|---|
| 291VV7727 | IA | C | | |

| Date of Birth | Gender | Race | Ethnicity |
|---|---|---|---|
| 06/28/1983 | MALE | WHITE - W | NOT OF HISPANIC ORIGIN - N |

| Height | Weight | Eye Color | Hair Color |
|---|---|---|---|
| 5' 09" | 158 LBS | BLACK - BLK | BROWN - BRO |

### VEHICLE

| Year | Make | Model | Color |
|---|---|---|---|
| 2022 | LAND ROVER - LNDR | RANGE ROVER | WHI |

| VIN | CDL Req? | Pass End Req? | HazMat End Req? | Style |
|---|---|---|---|---|
| | NO | | | SUV |

| Plate/Registration # | State | Year | US DOT Number | ICC/MC # |
|---|---|---|---|---|
| LOR482 | IA | 2024 | | |

### OFFENSE

| State | County | Local | Code Section | Crime Description | Speed | in | Zone |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | 124.414 | POSSESSION OF DRUG PARAPHERNALIA | | | |

| Class | Serious P.I. | Fatal Accident | Civil Damage Assessment | Other |
|---|---|---|---|---|
| SMMS | ☐ | ☐ | ☐ | ☐ |

Location Type: **20 - RESIDENCE/HOME**

Literal Description: **390 PAINTED WOODS DR**

| Address | City | State | Zip Code |
|---|---|---|---|
| 390 PAINTED WOODS DR | WAUKEE | IA | 50263 |

| Is Date and Time of Incident Known? | Incident Date or Low Range | Upper Date Range | Incident Time or Low Range | Upper Time Range |
|---|---|---|---|---|
| YES | 04/20/2024 | | 09:51 | |

### STATUS OF OFFENDER/JUVENILE

| ☐ TAKEN INTO CUSTODY | ☐ CUSTODY | ☒ SUMMONS TO APPEAR (Citation Issued) |
|---|---|---|
| ☐ WARRANT REQUESTED | ☐ NO CONTACT ORDER REQUESTED | ☐ RELEASED TO PARENT/GUARDIAN |

### NARRATIVE

Narrative of Offense Committed

On or about the above stated date and time, the Defendant did knowingly possess drug paraphernalia

**SUMMONS** I promise to appear in said court at said time and place.

Signature of Defendant

Court Date **05/07/2024**
Court Time **9:30 AM**

In the Court At **DALLAS COUNTY COURTHOUSE 801 COURT STREET, ADEL 50003**

Printed At WAUKEE POLICE DEPARTMENT    4/22/2024    9:31 AM    Page 1 of 2    Form #: 2024-00457

**VICTIM INFORMATION (Optionally displayed, especially if NCO is requested)**

| Last | First | Middle | Suffix |
|---|---|---|---|
| | | | |

| Business/Organization/State/County/Municipality Name |
|---|
| **STATE OF IOWA** |

| Address | City | State | Zip |
|---|---|---|---|
| **1300 SE LA GRANT PKWY** | **WAUKEE** | **IA** | **50263** |

## AFFIDAVIT

**STATE OF IOWA,          DALLAS COUNTY**

I, the undersigned, being duly sworn, state that all facts contained in this Complaint and Affidavit, known by me or told to me by other reliable persons form the basis for my belief that the defendant committed this crime

State all facts and persons relied upon supporting elements of alleged crime

On 4/20/24 at approximately 0951 hours, Waukee Officers were dispatched to 390 Painted Woods Dr for a welfare check. Dispatch advised that the reporting party (RP) stated there was a male slumped over in a Range Rover parked and running in the driveway last night at approximately 2000 hours. The RP stated that the vehicle was still parked and running in the driveway and it was unknown if the male was still in the vehicle.

Officers arrived and approached the vehicle. A male subject, later identified as the defendant was found to be passed out in the driver's seat. Officers observed tin foil with burnt residue in the center console and a white pen tube with burnt residue in the defendant's left hand. Due to my training and experience, I know these items to be commonly used drug paraphernalia items. A probable cause search was done on the vehicle and another red pen tube with burnt residue was located behind the driver's seat, along with another piece of tin foil with burnt residue in the rear cargo area. The burnt residue on the located items was tested at a later time and did test positive for fentanyl.

*[signature] JM 3812*

MINIKUS, JOSHUA          3812

Signature of Complainant or Officer, Officer Name & Number

**GENERAL PROBABLE CAUSE**

| Defendant Implicated |
|---|
| 01 - POSSESSED DRUGS/PARAPHERNALIA, 02 - CAUGHT IN ACT, 08 - CRIME OBSERVED BY OFFICERS, 09 - NEAR SCENE OF CRIME, 11 - POSSESSION |

| Operating Motor Vehicle in County | Other Physical Evidence | Attempted To Inflict Injury |
|---|---|---|
| | | |

**STATE OF IOWA,          DALLAS COUNTY**

| | Subscribed and sworn to before me by the person(s) signing the Complaint and Affidavit(s) on 04/20/2024 | |
|---|---|---|
| NOTARIAL SEAL IOWA | Notary Name **ASHLEY MORRIS** | Signature of Verifying Party |
| | Commission Number **773919** | *[signature] Ashley Morris* |
| | My Commission Expires **07/17/2024** | ☐ Peace Officer  ☒ Notary  ☐ Prosecuting Attorney |