

# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# TECS - Person Encounter List

08/20/2024 11:18 EDT Generated By: NICOLE SHACKLEFORD 

| Common Search Criteria | | | |
|---|---|---|---|
| Encounter Start Date | Encounter End Date | Encounter Start Time | Encounter End Time |
| 01/01/2018 | 08/20/2024 | 00:00 | 11:18 |
| Site Code | Terminal/Lane | Inspector ID Code | Inbount-Outbound Indicator |
| | | | |

| Person Search Criteria | | | | |
|---|---|---|---|---|
| Last Name | First Name | Encounter Line Type | Date Of Birth | Document Country Code |
| MOSS | PHILIP | | 06/28/1983 | |

| Stolen Document Search | Document Number From | Document Number To | Carrier Code | Flight/Vessel Number | Gender | Citizenship |
|---|---|---|---|---|---|---|
| Not Selected | | | | | | |

| Person Filter Criteria | | | |
|---|---|---|---|
| Last Name | First Name | Birth Date From | Birth Date To |
| | | | |

| Encounter Date Earliest | Encounter Date Latest | Encounter Time | Carrier Code | Carrier Number | Inbound-Outbound Direction |
|---|---|---|---|---|---|
| | | | | | |

| Encounter Site Location | Inspector ID | Encounter Lane Type | Passenger Status | Updated Passenger Status | Agency Referred To | HitInd |
|---|---|---|---|---|---|---|
| | | | | | | |

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOSS | PHILIPCOLT | 06/28/1983 | | | 07/15/2024 00:00 | UA | 1075 | O | | | APIS | NOT ON BOARD | | | CUN | LAX |
| MOSS | PHILIP COLT | 06/28/1983 | P | 530405143 | 03/29/2024 00:00 | UA | 191 | O | | | APIS | NOT ON BOARD | | | MNL | SFO |
| MOSS | PHILIP COLT | 06/28/1983 | P | 530405143 | 03/28/2024 00:00 | UA | 191 | O | | | APIS | NOT ON BOARD | | | MNL | SFO |
| MOSS | PHILIP COLT | 06/28/1983 | P | 530405143 | 03/26/2024 00:00 | UA | 191 | O | | | APIS | NOT ON BOARD | | | MNL | SFO |
| MOSS | PHILIP COLT | 06/28/1983 | | | 03/20/2024 00:00 | UA | 191 | O | | | APIS | NOT ON BOARD | | | MNL | SFO |
| MOSS | PHILIP COLT | 06/28/1983 | P | 530405143 | 03/19/2024 00:00 | UA | 191 | O | | | APIS | NOT ON BOARD | | | MNL | SFO |
| MOSS | PHILIP COLT | 06/28/1983 | | | 03/18/2024 00:00 | UA | 191 | O | | | APIS | NOT ON BOARD | | | MNL | SFO |
| MOSS | PHILIP COLT | 06/28/1983 | P | 530405143 | 03/15/2024 00:00 | UA | 191 | O | | | APIS | NOT ON BOARD | | | MNL | SFO |
| MOSS | PHILIP COLT | 06/28/1983 | P | 530405143 | 03/11/2024 00:00 | UA | 191 | O | | | APIS | NOT ON BOARD | | | MNL | SFO |
| MOSS | PHILIP COLT | 06/28/1983 | | | 03/09/2024 00:00 | UA | 191 | O | | | APIS | NOT ON BOARD | | | MNL | SFO |



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

08/20/2024 11:18 EDT Generated By: NICOLE SHACKLEFORD 

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOSS | PHILIP COLT | 06/28/1983 | P | 530405143 | 03/08/2024 00:00 | UA | 191 | O | | | APIS | NOT ON BOARD | | | MNL | SFO |
| MOSS | PHILIP COLT | 06/28/1983 | P | 530405143 | 03/07/2024 00:00 | UA | 191 | O | | | APIS | NOT ON BOARD | | | MNL | SFO |
| MOSS | PHILIP COLT | 06/28/1983 | P | 530405143 | 03/06/2024 00:00 | UA | 191 | O | | | APIS | NOT ON BOARD | | | MNL | SFO |
| MOSS | PHILIP COLT | 06/28/1983 | P | 530405143 | 03/05/2024 00:00 | UA | 191 | O | | | APIS | NOT ON BOARD | | | MNL | SFO |
| MOSS | PHILIP COLT | 06/28/1983 | | | 03/05/2024 00:00 | UA | 871 | O | | | APIS | NOT ON BOARD | | | TPE | SFO |
| MOSS | PHILIPCOLT | 06/28/1983 | | | 03/02/2024 00:00 | UA | 853 | O | | | APIS | NOT ON BOARD | | | TPE | SFO |
| MOSS | PHILIP COLT | 06/28/1983 | P | 530405143 | 02/29/2024 00:00 | UA | 853 | O | | | APIS | NOT ON BOARD | | | TPE | SFO |
| MOSS | PHILIP COLT | 06/28/1983 | | | 02/29/2024 00:00 | UA | 872 | I | | | APIS | NOT ON BOARD | | | SFO | TPE |
| MOSS | PHILIP COLT | 06/28/1983 | P | 530405143 | 02/25/2024 00:00 | UA | 853 | O | | | APIS | NOT ON BOARD | | | TPE | SFO |
| MOSS | PHILIP COLT | 06/28/1983 | | | 02/24/2024 00:00 | UA | 853 | O | | | APIS | NOT ON BOARD | | | TPE | SFO |
| MOSS | PHILIP COLT | 06/28/1983 | | | 02/20/2024 00:00 | UA | 853 | O | | | APIS | NOT ON BOARD | | | TPE | SFO |
| MOSS | PHILIP COLT | 06/28/1983 | P | 530405143 | 01/25/2024 00:00 | UA | 32 | O | | | APIS | NOT ON BOARD | | | NRT | LAX |
| MOSS | PHILIP COLT | 06/28/1983 | P | 530405143 | 01/23/2024 00:00 | UA | 32 | O | | | APIS | NOT ON BOARD | | | NRT | LAX |
| MOSS | PHILIP COLT | 06/28/1983 | | | 01/03/2024 00:00 | UA | 871 | O | | | APIS | NOT ON BOARD | | | TPE | SFO |
| MOSS | PHILIPCOLT | 06/28/1983 | | | 12/10/2023 00:00 | LH | 433 | O | | | APIS | NOT ON BOARD | | | FRA | ORD |
| MOSS | PHILIP COLT | 06/28/1983 | P | 530405143 | 12/01/2023 09:06 | UA | 872 | I | A281 | SOLANO, GABRIELA | APIS | ON BOARD | | | SFO | TPE |
| MOSS | PHILIP COLT | 06/28/1983 | P | 530405143 | 11/29/2023 02:09 | UA | 853 | O | A281 | PASSENGER ATS, UNIFIED | APIS | | ON BOARD | | TPE | SFO |
| MOSS | PHILIP COLT | 06/28/1983 | P | 530405143 | 10/03/2023 19:41 | NH | 108 | I | A281 | CLARKE, NEIL | APIS | ON BOARD | | | SFO | HND |
| MOSS | PHILIP COLT | 06/28/1983 | P | 530405143 | 09/25/2023 14:28 | UA | 837 | O | A281 | PASSENGER ATS, UNIFIED | APIS | | | | NRT | SFO |
| MOSS | PHILIPCOLT | 06/28/1983 | | | 09/25/2023 00:00 | NH | 7 | O | | | APIS | NOT ON BOARD | | | NRT | SFO |
| MOSS | PHILIP COLT | 06/28/1983 | P | 530405143 | 07/23/2023 00:00 | UA | 1918 | I | | | APIS | NOT ON BOARD | | | DEN | LIR |



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

08/20/2024 11:18 EDT Generated By: NICOLE SHACKLEFORD 

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOSS | PHILIP COLT | 06/28/1983 | P | 530405143 | 07/20/2023 00:00 | UA | 1512 | O | | | APIS | NOT ON BOARD | | | LIR | IAH |
| MOSS | PHILIPCOLT | 06/28/1983 | | | 07/19/2023 00:00 | UA | 1737 | O | | | APIS | NOT ON BOARD | | | LIR | IAH |
| MOSS | PHILIPCOLT | 06/28/1983 | | | 04/07/2023 00:00 | UA | 1512 | O | | | APIS | NOT ON BOARD | | | LIR | IAH |
| MOSS | PHILIPCOLT | 06/28/1983 | | | 08/21/2022 00:00 | UA | 1574 | I | | | APIS | NOT ON BOARD | | | IAH | NAS |
| MOSS | PHILIP | 06/28/1983 | | | 08/15/2022 00:00 | AA | 859 | O | | | APIS | NOT ON BOARD | | | NAS | CLT |
| MOSS | PHILIPCOLT | 06/28/1983 | | | 08/15/2022 00:00 | UA | 1454 | O | | | APIS | NOT ON BOARD | | | NAS | IAH |
| MOSS | PHILIPCOLT | 06/28/1983 | | | 08/14/2022 00:00 | UA | 1454 | O | | | APIS | NOT ON BOARD | | | NAS | IAH |
| MOSS | PHILIP | 06/28/1983 | | | 05/12/2022 00:00 | AA | 859 | O | | | APIS | NOT ON BOARD | | | NAS | CLT |
| MOSS | PHILIP | 06/28/1983 | | | 05/10/2022 00:00 | MQ | 3991 | O | | | APIS | NOT ON BOARD | | | NAS | MIA |
| MOSS | PHILIPCOLT | 06/28/1983 | | | 05/10/2022 00:00 | YV | 6170 | O | | | APIS | NOT ON BOARD | | | NAS | IAH |
| MOSS | PHILIP COLT | 06/28/1983 | | | 05/09/2022 00:00 | YV | 6170 | O | | | APIS | NOT ON BOARD | | | NAS | IAH |
| MOSS | PHILIP COLT | 06/28/1983 | | | 05/08/2022 00:00 | UA | 2401 | O | | | APIS | NOT ON BOARD | | | NAS | ORD |
| MOSS | PHILIP COLT | 06/28/1983 | | | 03/20/2022 00:00 | YV | 6206 | O | | | APIS | NOT ON BOARD | | | NAS | IAH |
| MOSS | PHILIP COLT | 06/28/1983 | P | 530405143 | 02/27/2022 19:08 | UA | 1019 | I | A534 | VO, KIEU | APIS | ON BOARD | | | IAH | CUN |
| MOSS | PHILIP | 06/28/1983 | P | 530405143 | 02/23/2022 11:23 | AA | 1001 | O | A551 | PASSENGER ATS, UNIFIED | APIS | | ON BOARD | | CUN | DFW |
| MOSS | PHILIP COLT | 06/28/1983 | P | 530405143 | 02/23/2022 00:00 | UA | 1656 | O | | | APIS | NOT ON BOARD | | | CUN | ORD |
| MOSS | PHILIP COLT | 06/28/1983 | P | 530405143 | 10/06/2021 18:45 | UA | 1019 | I | A534 | JACOBS, LOUIS | APIS | ON BOARD | | | IAH | CUN |
| MOSS | PHILIP COLT | 06/28/1983 | P | 530405143 | 10/05/2021 00:00 | UA | 1056 | I | | | APIS | NOT ON BOARD | | | IAH | CUN |
| MOSS | PHILIP COLT | 06/28/1983 | P | 530405143 | 10/04/2021 00:00 | UA | 1019 | I | | | APIS | NOT ON BOARD | | | IAH | CUN |
| MOSS | PHILIP COLT | 06/28/1983 | P | 530405143 | 09/27/2021 00:00 | UA | 1020 | O | | | APIS | ON BOARD | | | CUN | IAH |
| MOSS | PHILIP COLT | 06/28/1983 | P | 530405143 | 03/24/2021 19:07 | UA | 1516 | I | A534 | HERNANDEZ, NICOLAS | APIS | ON BOARD | | | IAH | LIR |
| MOSS | PHILIP COLT | 06/28/1983 | P | 530405143 | 03/20/2021 00:00 | UA | 1737 | O | | | APIS | ON BOARD | | | LIR | IAH |



# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# TECS - Person Encounter List

08/20/2024 11:18 EDT Generated By: NICOLE SHACKLEFORD 

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOSS | PHILIP COLT | 06/28/1983 | P | 530405143 | 11/18/2019 20:20 | AA | 982 | I | A520 | APC AUTOMATED PASSPORT CONTROL, MIA | APIS | ON BOARD | | | MIA | GND |
| MOSS | PHILIP | 06/28/1983 | P | 530405143 | 11/14/2019 00:00 | AA | 1546 | O | | | APIS | ON BOARD | | | GND | MIA |
| MOSS | PHILIP COLT | 06/28/1983 | P | 530405143 | 09/12/2019 16:27 | UA | 882 | I | A392 | AUTOMATED PASSPORT CONTROL, ORDAPC | APIS | ON BOARD | | | ORD | NRT |
| MOSS | PHILIP COLT | 06/28/1983 | P | 530405143 | 09/10/2019 00:00 | UA | 142 | I | | | APIS | NOT ON BOARD | | | DEN | NRT |
| MOSS | PHILIP COLT | 06/28/1983 | P | 530405143 | 09/05/2019 00:00 | UA | 881 | O | | | APIS | ON BOARD | | | NRT | ORD |
| MOSS | PHILIP COLT | 06/28/1983 | | | 09/05/2019 00:00 | UA | 32 | O | | | APIS | NOT ON BOARD | | | NRT | LAX |
| MOSS | PHILIP COLT | 06/28/1983 | | | 08/31/2019 00:00 | UA | 871 | O | | | APIS | NOT ON BOARD | | | TPE | SFO |
| MOSS | PHILIP COLT | 06/28/1983 | | | 07/21/2019 00:00 | UA | 837 | O | | | APIS | NOT ON BOARD | | | NRT | SFO |
| MOSS | PHILIP COLT | 06/28/1983 | | | 07/20/2019 00:00 | UA | 1673 | O | | | APIS | NOT ON BOARD | | | SJD | IAH |
| MOSS | PHILIP COLT | 06/28/1983 | | | 07/20/2019 00:00 | UA | 1687 | I | | | APIS | NOT ON BOARD | | | SFO | SJD |
| MOSS | PHILIP COLT | 06/28/1983 | | | 07/17/2019 00:00 | UA | 1438 | O | | | APIS | NOT ON BOARD | | | SJD | IAH |
| MOSS | PHILIP COLT | 06/28/1983 | P | 530405143 | 07/14/2019 06:05 | UA | 1279 | I | A392 | AUTOMATED PASSPORT CONTROL, ORDAPC | APIS | ON BOARD | | | ORD | YVR |
| MOSS | PHILIP COLT | 06/28/1983 | P | 530405143 | 07/13/2019 00:00 | UA | 1184 | I | | | APIS | NOT ON BOARD | | | DEN | YVR |
| MOSS | PHILIP COLT | 06/28/1983 | P | 530405143 | 07/07/2019 00:00 | UA | 829 | O | | | APIS | ON BOARD | | | YVR | DEN |

**Total Number of Records: 67**

| Legend |
|---|
| Loc |



# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# TECS - Person Encounter List

08/20/2024 11:18 EDT    Generated By: NICOLE SHACKLEFORD    

| Codes | Value |
|---|---|
| ORD | O'HARE INTERNATIONAL |
| NAS | NASSAU INTL |
| LAX | LOS ANGELES, CA INTL |
| MIA | MIAMI INTL, FL |
| TPE | TAIPEI, CHIANG KAI SHEK |
| MNL | MANILA |
| CLT | DOUGLAS, CHARLOTTE |
| DEN | DENVER INTERNATIONAL AIRPORT |
| SJD | LOS CABOS |
| NRT | NARITA, TOKYO |
| IAH | HOUSTON INTERCONTINENTAL |
| FRA | FRANKFURT INT'L |
| LIR | LIBERIA, COSTA RICA |
| DFW | DALLAS/FT WORTH INTL |
| YVR | VANCOUVER INTL |
| GND | POINT SALINE INTL |
| CUN | CANCUN |
| SFO | SAN FRANCISCO INTL AIRPORT |
| HND | TOKYO, HANEDA |

| Doc Type | |
|---|---|
| **Codes** | **Value** |
| P | P - PASSPORT |

| Site Code | |
|---|---|
| **Codes** | **Value** |
| A281 | A281 - CBP-SAN FRANCISCO, IAP TERM G |
| A392 | A392 - CBP-CHICAGO, OHARE AIRPORT |
| A534 | A534 - CBP-HOUSTON, BUSH INTL AIRPORT |
| A520 | A520 - CBP-MIAMI, AIRPORT N TERMINAL |
| A551 | A551 - CBP-DALLAS, DFW IAP BRANIFF |