# Waukee Police Department

1300 SE LA Grant Parkway Suite A Waukee, IA 50263

515-978-7979

Case #:2024-00457                                                                                         Incident #: 2024-00457.002

## Event

**390 Painted Woods Dr WAUKEE, IOWA 50263**

| | |
|---|---|
| **Description of Incident:** | CRIMES AGAINST SOCIETY |
| **Reported Date:** | 04/20/2024 09:51:11 |
| **Incident Start Date:** | 04/20/2024 09:51:11 |
| **Case Status:** | CLEARED |
| **Case Status Date:** | 04/20/2024 |
| **Disposition:** | CLEARED BY ARREST |
| **Exceptional Clearance:** | NOT APPLICABLE |
| **Cross Street:** | 6th St /Arrowhead Dr |
| **Beat:** | WKEPD |
| **District:** | Waukee PD |
| **Latitude:** | 41.569897 |
| **Longitude:** | -93.877511 |
| **Domestic Violence:** | No |

## Narrative (1)

**04/20/2024**

On 4-20-24 at approximately 0951hrs I was dispatched to 390 Painted Woods Dr in reference the caller's neighbor's car in the driveway that has been running all night and at one time the neighbor was passed out slumped over. While in route, the caller again stated the car is still running in the driveway and they confirmed that the occupant of the vehicle was passed out slumped over. Upon my arrival I noticed a white Range Rover SUV in the driveway running, with a white male in the driver's seat, slumped over towards the passenger side of the vehicle. The male had a white pipe in his left hand, with dark burnt openings, which is consistent with being used as an object to inhale controlled substances. I also noticed a piece of tin foil that had a burnt black substance on the center console of the vehicle. This tin foil with a burnt substance is consistent with controlled substance use. I moved to the passenger side of the vehicle and then back to the driver side, which I noticed Officer Minikus arriving at this time. I advised Officer Minikus of my observations, which at that time the driver came to and opened the driver's door.

I asked the male where the objects were that I previously noticed, he denied ever having or knowing of these items. The male was placed in handcuffs and detained. I retrieved the males Iowa driver's license from the passenger seat of the vehicle and identified him as Philip Moss. I then moved to the interior garage door and knocked on the door to speak with Moss's wife. After speaking with her she stated that Philip had a flight at 5pm to go to rehabilitation for drug use. The vehicle was searched and two pieces of tin foil with residue were located along with two pipes with burnt residue on the openings were located.

The decision was made to place Moss's in custody and take him to the Waukee Police Department.

Moss was charged with possession of drug paraphernalia and released with a court date.

I assisted with the logging in to evidence the tin foil and pipes located from the vehicle. The burnt residue was field tested, which tested positive for fentanyl.

Case: 1:24-cr-00066-DRC Doc #: 34-5 Filed: 08/23/24 Page: 2 of 2  PAGEID #: 280

**Waukee Police Department**

1300 SE LA Grant Parkway Suite A Waukee, IA 50263

515-978-7979

Case #:2024-00457                                          Incident #: 2024-00457.002

Nothing further to report at this time.

Sergeant Robert Gitzen 3815

Waukee Police Department

| Officer (2) | | |
| --- | --- | --- |
| **Reporting Officer:** | Gitzen, Robert  (RGitzen) | |
| **Approving Officer:** | Pettit, Brandon  (BPettit) | 04/20/2024 14:50:38 |

Printed On 04/23/2024                    Page 2 of 2                    Printed By Morris, Ashley