
Pro
ew Tools Add Help
Search
122 05.36' W
Get Directions History
aces
tseeing Tour
e sure 3D Buildings
r is checked
rary Places
PPED COORDINATES
4°00'28.9"N 118°22'23.1"W
5/13 23:18
4°00'28.9"N 118°22'23.1"W
5/13 23:38
4°00'28.9"N 118°22'23.1"W
5/14 17:08
4°04'45.9"N 118°22'29.5"W
5/14 17:28
4°03'35.6"N 118°22'10.9"W
5/14 17:38
4°02'57.8"N 118°23'17.6"W
5/14 17:48
4°02'57.8"N 118°23'17.6"W
ouncements
ders and Labels
es
tos
ds
Buildings
ther
louds
formation
ery
verytrail
igapan Photos
oogle Earth Community
umsey Historical Maps
imble Outdoors Trips
e
arks/Recreation Areas
ansportation
Vater Body Outlines
ikipedia
S Government
1985
Image Landsat / Copernicus
Google Earth
11SLT7102467933 elev 201 ft eye alt 26492 ft
12:44 PM

oogle Earth Pro

Edit View Tools Add Help

earch

Search

7 25.818' N, 122 05.36' W

Get Directions History

laces

My Places

Sightseeing Tour
Make sure 3D Buildings
layer is checked

Temporary Places

MAPPED COORDINATES

34°00'28.9"N 118°22'23.1"W
06/13 23:18

34°00'28.9"N 118°22'23.1"W
06/13 23:38

34°00'28.9"N 118°22'23.1"W
06/14 17:08

34°04'45.9"N 118°22'29.5"W
06/14 17:28

34°03'35.6"N 118°22'10.9"W
06/14 17:38

34°02'57.8"N 118°23'17.6"W
06/14 17:48

34°02'57.8"N 118°23'17.6"W

ayers

Primary Database
Announcements
Borders and Labels
Places
Photos
Roads
3D Buildings
Weather
Clouds
Information
Gallery
Everytrail
Gigapan Photos
Google Earth Community
Rumsey Historical Maps
Trimble Outdoors Trips
More
Parks/Recreation Areas
Transportation
Water Body Outlines
Wikipedia
US Government

