# POLK COUNTY SHERIFF'S OFFICE
## INCIDENT REPORT - INTERNAL USE ONLY
### INCIDENT NUMBER: 24015090

| | | | |
|---|---|---|---|
| **INMATE NUMBER** <br> 1379610 | **NAME** <br> MOSS, PHILIP COLT | **CURRENT HOUSING** <br> PCJ SOUTH 8 08 | **CURRENT CLASS** <br> LEVEL 5 - MINIMUM HIGH |



**INCIDENT DATE**
08/11/2024 12:50

**INCIDENT TYPE**
INFORMATIONAL

**INCIDENT CATEGORY**
INFORMATIONAL

**INCIDENT LOCATION**

**INVOLVED PARTY TYPE**
INMATE(S) - NO HEARING

**PRESENT AT HEARING**
No

**HEARING LOCATION**

**REPORTED BY**
GURDA ▇▇▇        08/18/2024 08:43

**INITIAL REVIEW**

**NOTICE SERVED**

**HEARING OFFICER**

**SHORT SYNOPSIS**
Professional visit

## FLAGS

**INCIDENT FLAGS**

## NARRATIVES

**NARRATIVES 1**       MAIN IR
**REPORTING OFFICER**
GURDA ▇▇▇        08/18/2024 08:52

**APPROVING SUPERVISOR**

On 8/11/2024, while working in the lobby, a female individual approached the desk and stated she has a visit. I asked for her ID and the name of person she is visiting. She handed me her ID and said, "my husband Phillip Moss." The name on ID was Andrea Moss. I then searched The Enforcer to see if there was visit scheduled for Mr. Moss. I found the visit for Mr. Moss at 1300 hours with an individual name Ande Moss. I clicked on the profile of that individual to find out that DOB and ID number matched for Andrea Moss. I explained to Mrs. Moss that name in our system must match the name on her ID. I further stated, that we will let her have visit this time, but for future visits she will have to correct her name with ICSolutions.

At this time, she stated, "I am an attorney and can you tell me if my professional account has been approved?" I asked her when she has submitted her request. She replied "On Friday." I then said that individual who approves accounts is not here on the weekends and she will look into her account when she returns to work on Monday. Mrs. Moss stated "okay" and went to have a sit at the monitor for the visit.

While Mrs. Moss was waiting for the visit to start, I looked into "The Enforcer" and noticed that there was an account pending approval for Andrea Skinner. The client of that professional account was Phillip Colt Moss. I clicked on the profile to find out that DOB, ID number, and address are exactly the same as for Ande Moss. Then, I went to Iowa Judicial Branch website to search the database of lawyers. I found out that Andrea Skinner is in fact an attorney and in good (active) standing. On this website showed that she as an Associate Attorney at Ramsey Law PLC with an address 304 5th St Ste 301 West Des Moines, IA 50265. To note, this is the address she used for both of her accounts in The Enforcer.

She logged on; however, Mr. Moss did not log on. If both parties are not logged on within 10 minutes, the system automatically cancels visit. Once visit was cancelled, Mrs. Moss approached desk were Office Specialist Bri was sitting and said "my visit just got cancelled." Bri explained to her that system automatically cancels visits if both parties are not logged on within 10 min. Bri further stated that if this happens again, she needs to let us know sooner so we can call housing unit to see what is going on. Then, Mrs. Moss stated, "Do you know if my professional account is approved?" Bri looked in The Enforcer and saw that it was not. However, Bri was aware of the situation. Bri also stated that person who approves accounts is not here on the weekend and more likely it will be looked into it on Monday. Mrs. Moss stated, "okay" and she left the facility.

| BROWN | POLK COUNTY SHERIFF'S OFFICE | 08/19/2024 09:11 |
|---|---|---|
| | INCIDENT REPORT - INTERNAL USE ONLY | |
| | INCIDENT NUMBER: 24015090 | |

This report is for informational purposes only.

Gurda

92544

**NARRATIVES 2**      SUPPLEMENTAL

**REPORTING OFFICER**

BROWN      08/19/2024 09:11

**APPROVING SUPERVISOR**

On 8/12/2024, I received an email from Supervisor Julie Akkerman regarding an attorney by the name of Ande Moss or Andrea Skinner. She requested I verify if either name is a federal attorney. This was in reference to the situation under this original report regarding inmate Philip Colt Moss (S808). Since this inmate is a federal inmate, I emailed Investigative Analyst Jami Knutson with the U.S. Marshals Service to ask who this inmate's attorney is. She replied and indicated his federal attorney is listed as Nova Janssen with the Federal Public Defender's Office.

Upon further review, it was confirmed that Andrea Skinner (married name Andrea Moss-AKA Ande Moss) is in fact a state attorney but does not handle criminal matters. She had no previous attorney visitation account until her husband, inmate Moss was arrested. It appears through phone calls (8/10/2024 at 1903hrs, 8/11/2024 1417hrs) that Andrea believed she could use her attorney privileges to physically see inmate Moss and that was her intention in creating the attorney account. Due to the above, her attorney account was declined by Supervisor Akkerman. Her public visitation account was left open as she is free to visit her husband as a member of the public.

While reviewing the above matter, it was also discovered that several other attorneys had used their privileged attorney accounts to conduct personal visits with inmate Moss. None of these attorneys are his federal attorney and had no legal reason to visit inmate Moss. Andrea Flanagan with Flanagan Law Group had a contact visit with inmate Moss twice on 8/9/2024. Christine Branstad with Branstad Law visited remotely (non-contact) once on 8/9/2024. Ward Rouse with Rouse Law visited remotely on 8/9/2024. Lastly, Thomas Hofbauer with the Federal Public Defender's Office had a contact visit on 8/9/2024. While Thomas is a member of the federal PD, USMS reviewed and did not find him as the attorney of record and believed the visit was personal in nature.

Phone calls to his wife, Andrea Moss indicated that an attorney named Andrea was a friend and had been helping them. They also discussed a Christine who is an attorney and shared offices with inmate Moss prior to his arrest. She is also referenced as being his "best friend". On an 8/15/2024 call to his wife at 2107hrs, Andrea also discusses Christine having had inmate Moss's phone in her possession and having her staff members deliver it to his federal attorney's office.

It was determined by command staff to share the above information with the U.S. Marshals Office to make them aware. No further action was taken on these attorney accounts.