# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES,<br>    Plaintiff, | Case No. 1:24-cr-66(3) |
| vs. | Litkovitz, M.J. |
| PHILIP COLT MOSS,<br>    Defendant. | **ORDER** |

This matter is before the Court following an initial appearance and arraignment on indictment. At the hearing, Criminal Justice Act (CJA) attorney Kory Jackson, Esq., appeared for the defendant. After review of the defendant's financial affidavit, the Court determined that the defendant was not financially unable to obtain counsel and does not qualify for the appointment of CJA counsel. However, the Court requested that Mr. Jackson represent the defendant for purposes of the initial appearance and arraignment. Therefore, the Court appoints Mr. Jackson for the limited purpose of representing the defendant at the initial appearance and arraignment.

    **IT IS SO ORDERED.**

Date: 8/29/2024

Karen L. Litkovitz
United States Magistrate Judge